UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20964-MARTINEZ-BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERICA HERSON, individually, and as an officer of WINDOWS SERVICE CENTER LLC, and d/b/a USEL SUPPORT LLC, and

WINDOWS SERVICE CENTER LLC,

    Defendants.

_____/

## JOINT STIPULATION TO ENTRY OF CONSENT DECREE AND FINAL JUDGMENT

Plaintiff, the United States of America, and Defendants Erica Herson and Windows Service Center LLC, hereby stipulate to the entry of the attached proposed Consent Decree and Final Judgment ("Consent Decree").

1. Plaintiff and Defendants wish to resolve Plaintiff's allegations without further litigation and jointly request and consent to the entry of the attached Consent Decree.

2. For the purposes of this action, Defendants admit the facts necessary to establish jurisdiction and agree that this Court may enter and enforce this Consent Decree and Final Judgment against them in the United States.

3. Plaintiff and Defendants agree to bear their own costs and attorney's fees in this action.

4. The undersigned parties and counsel each represent that he, she, or it is fully authorized to enter into the terms and conditions of the Consent Decree and to execute and legally bind to this document the party which he, she, or it represents.

## CERTIFICATION

Pursuant to the CM/ECF Administrative Procedures Rule 3J.(3), Barry E. Witlin, Esq., Counsel for Defendant, has consented to the electronic filing of this Joint Stipulation to Entry of Consent Decree and Final Judgment, by Plaintiff's undersigned counsel.

SO STIPULATED ON June 30, 2023:

Respectfully Submitted,

BARRY E. WITLIN, P.A.

*/s/ Barry E. Witlin*
Barry E. Witlin
FBN: 299944
7805 S.W. 6th Court
Plantation, FL 33324
(954) 473-4500 - Broward
(305) 576-4999 - Dade
(954) 473-1970 - Facsimile
E-mail: witlinlaw@gmail.com
          barrywitlin@gmail.com

*Counsel for Defendants*

BRIAN M. BOYNTON
**Principal Deputy Assistant Attorney General**

ARUN G. RAO
**Deputy Assistant Attorney General**

AMANDA LISKAMM
**Director, Consumer Protection Branch**

JOHN W. BURKE
**Assistant Director**

*/s/ Amy P. Kaplan*
Amy P. Kaplan
**Ann Entwistle**
Trial Attorneys
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC 20044
Tel.: 202-598-8153
Email: Amy.P.Kaplan@usdoj.gov
Ann.F.Entwistle@usdoj.gov

MARKENZY LAPOINTE
**UNITED STATES ATTORNEY**

_____
**James A. Weinkle**
Florida Bar No. 0710891
**Assistant United States Attorney**
**Office of the United States Attorney**
Alto Lee Adams Federal Courthouse
101 S. U.S. Highway One, Suite 3100
Fort Pierce, FL 34950
Tel.: 772.293.0945
Email: James.Weinkle@usdoj.gov

*Counsel for United States of America*

3